# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

## VENUE: SAN FRANCISCO

E-filing
FILED
2011 JUN -2 P 2: 29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIF

JSW

UNITED STATES OF AMERICA,

V.

## CR 11 0361

IRVING FUIMANO,

DEFENDANT(S).

# INDICTMENT

VIOLATION: 18 U.S.C. § 922(g)(1) - Felon in Possession of a
Firearm and Ammunition

A true bill.

_____
                                   Foreman

Filed in open court this _2nd_ day of

_June 2011_ .

Cora Klein
_____
                                   Clerk

Bail, $ _No bail warrant_

AO 257 (Rev. 6/78)

---

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

--- OFFENSE CHARGED ---

18 U.S.C. 922(g)(1) - Felon in Possession of a
Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

Imprisonment of not more than 10 years;
Fine of up to $250,000;
Special assessment of $100.00; and
Supervised release of at least 3 years.

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
MELINDA HAAG
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  Cynthia M. Frey

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

--- DEFENDANT - U.S. ---

IRVING FUIMANO

FILED
2011 JUN -2 P 2
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT

DISTRICT COURT NUMBER

CR 11 0361 JSW

--- DEFENDANT ---

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

E-filing

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT  Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

MELINDA HAAG (CABN 132612)
'United States Attorney

E-filing ED
2011 JUN -2 P 2: 29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 11 0361

UNITED STATES OF AMERICA,              )   No. __
                                       )
        Plaintiff,                     )   VIOLATION: Title 18, United States Code,
                                       )   Section 922(g)(1) – Felon in Possession of
    v.                                 )   a Firearm and Ammunition
                                       )
IRVING FUIMANO,                        )
                                       )
                                       )   SAN FRANCISCO VENUE
        Defendant.                     )
_____)

                    I N D I C T M E N T

The Grand Jury charges:

        On or about April 13, 2011, in the Northern District of California, the defendant,

                        IRVING FUIMANO,

having been previously convicted of a crime punishable by a term of imprisonment exceeding

one year, did knowingly possess a firearm, to wit: a Colt model Mark IV 45 caliber pistol, serial

//

//

//

//

//

INDICTMENT

1   number FA13513, and four rounds of Winchester .45 caliber ammunition, in and affecting

2   interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

3

4
    DATED:                                                    A TRUE BILL.
5
        June 2, 2011
6
                                                              FOREPERSON
7
    MELINDA HAAG
8   United States Attorney

9

10

    ROBERT DAVID REES
11  Deputy Chief, Strike Force and Violent Crimes Section

12

13

    (Approved as to form:                          )
14                            CYNTHIA M. FREY
                              Assistant United States Attorney
15

16

17

18

19

20

21

22

23

24

25

26

27

28

    INDICTMENT